UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSAN IBARRA

Plaintiff,

vs.                                                    Case No.: 6:11-cv-1759-Orl-19GJK

DELANOR, KEMPER & ASSOCIATES, LLC

Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), SUSAN IBARRA, Plaintiff herein, voluntarily dismisses without prejudice the above-entitled action as to DELANOR, KEMPER & ASSOCIATES, LLC, Defendant herein.

Dated:  March 5, 2012                          Respectfully submitted,

                                               s/ J. Dennis Card, Jr._____
                                               J. Dennis Card, Jr., Esq
                                               E-mail: Dcard@cardandglenn.com
                                               Florida Bar No.  0487473
                                               Card & Glenn, P.A.
                                               2501 Hollywood Boulevard, Suite 100
                                               Hollywood, Florida 33020
                                               Telephone: (954) 921-9994
                                               Facsimile: (954) 921-9553
                                               Attorney for Plaintiff